IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC PARENT, | CASE NO.: |
| Plaintiff, | |
| v. | PETITION FOR REMOVAL BASED UPON DIVERSITY OF CITIZENSHIP |
| BRIAN FOSTER AND ABF FREIGHT SYSTEM, INC., | |
| Defendants. | SEPTEMBER 28, 2020 |

_____

NOW COME petitioners/defendants, Brian Foster and ABF Freight System, Inc., by and through their undersigned counsel, and respectfully petition this Honorable Court as follows:

1. Petitioners are the defendants in a civil action captioned *Eric Parent v. Brian Foster, et al.,* docket no. FBT-CV20-6100503-S, which suit was filed in the Connecticut Superior Court, Judicial District of Fairfield at Bridgeport (hereafter, the "state court action"). A copy of the Summons and Complaint in the state court action are submitted herewith as Exhibits A and B, respectively.

2. The Complaint in the state court action sounds in negligence and arises from a motor vehicle accident alleged to have occurred at 11:16 p.m. on October 2, 2018 on Interstate 95 southbound in Norwalk. Plaintiff alleges that at that time and place, the defendant driver, Brian Foster, changed lanes from the left lane to the center lane, striking the plaintiff's vehicle when it was in the center lane and causing him to sustain personal

1

injuries and losses. *Please see Exhibit B, Complaint, Count One, Paras. 1 - 3.* The plaintiff alleges that at the time of the incident, defendant Foster was operating his vehicle as the employee and/or agent of defendant ABF Freight System, Inc., rendering that defendant vicariously liable for the alleged negligence of defendant Foster. *Please see Complaint, Count Two*.

       3. Among the permanent injuries and losses claimed by the plaintiff are the following: cervical spine injury, thoracic spine injury, lumbar spine injury, radiculopathy, multiple fractured teeth, headaches, an injury to his right shoulder, and general pain and suffering. The plaintiff claims these injuries necessitated medical treatment, caused him to incur expenses for that treatment, caused him to be limited in his ability to perform his occupation, and caused him to be limited in his ability to enjoy his usual life's activities. *Please see Complaint, Count One, Paras. 6 – 9.*

       4. This action is being removed to the District Court pursuant to Title 28, United States Code § 1441(a). In support of this Petition for Removal, Petitioners respectfully state and represent to the Court as follows:

       a. By Complaint dated September 1, 2020, Plaintiff filed suit against the Petitioners. Service was accomplished upon the Petitioner ABF Freight System, Inc. on September 16, 2020, through its registered agent for service of process. Service of process was accomplished on Defendant Brian Foster via certified mail on or about September 27, 2020. The Complaint seeks venue in the Superior Court of Connecticut, the Judicial District of Fairfield at Bridgeport.

  b.  The Plaintiff is citizen and domiciliary of the State of Connecticut.  *Please see Exhibit A, Summons*.

  c.  Petitioner Brian Foster is, and at all times relevant was, a citizen and domiciliary of the Commonwealth of Pennsylvania.

  d.  Petitioner ABF Freight System, Inc., is a corporation organized and existing under the laws of the State of Arkansas, with its principal place of business being Fort Smith, Arkansas.

  e.  In his Complaint, Plaintiff alleges that as a result of the subject incident, he suffered multiple physical injuries and monetary losses, which are claimed to be serious and permanent in nature, including those injuries described in detail above.  He further asserts a claim of a permanent disability, limited ability to pursue his life's usual activities, pain and suffering, anxiety, mental anguish, and lost wages.  Thus, the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

  5.  This Court has original jurisdiction over this Action pursuant to 28 U.S.C. §1332(a)(1) because there is complete diversity of citizenship between the Plaintiff and the Petitioners, and because the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

  6.  Venue is proper pursuant to 28 U.S.C. §1391(a) and (b), because the events giving rise to the Plaintiff's claims occurred within the State of Connecticut and the Petitioners are subject to personal jurisdiction in Connecticut.

7. Pursuant to 28 U.S.C. §1446(d), the Petitioners have notified the Superior Court of the State of Connecticut, Judicial District of Fairfield at Bridgeport via the Notice of Removal attached hereto as *Exhibit C*.

WHEREFORE, based upon the foregoing, Petitioners respectfully request that the state court action be removed to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §1441(a), and that further proceedings in the Superior Court of Connecticut, Judicial District of Fairfield at Bridgeport, docket no. FBT-CV20-6100503-S, be discontinued.

    Respectfully submitted,

    DEFENDANTS/PETITIONERS,
    BRIAN FOSTER AND
    ABF FREIGHT SYSTEM, INC.

    By: /s/ *Michael P. Kenney*
        Michael P. Kenney
        Federal Bar No. ct26768
        RYAN RYAN DELUCA LLP
        185 Asylum St., 6th Floor
        Hartford CT 06103
        Ph: 860-785-5157
        Fax: 860-785-5040
        mpkenney@ryandelucalaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| ERIC PARENT, | CASE NO.: |
| Plaintiff, | |
| v. | |
| BRIAN FOSTER AND ABF FREIGHT SYSTEM, INC. | **CERTIFICATE OF SERVICE** |
| Defendants. | SEPTEMBER 28, 2020 |

   I hereby certify that on September 28, 2020, a copy of the foregoing document was filed electronically and served by mail upon anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

<u>A copy of the foregoing was mailed to:</u>

RJ Weber, III, Esq.
Weber Rubano, LLC
401 Center St.
Wallingford CT 06492
*Attorneys for the Plaintiff*

             /s/ *Michael P. Kenney*
             Michael P. Kenney
             Fed. Bar No. ct26768